# United States District Court for the Northern District of Illinois

Case Number: 07cv6386        Assigned/Issued By: j. n.

Judge Name: norgle         Designated Magistrate Judge: ashman

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                Receipt #: 1115553

Date Payment Rec'd: 11-9-07     Fiscal Clerk: j. n.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
         (Type of Writ)

  1  Original and  1  copies on  11-9-07  as to  defendant
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05