IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MOORE | ) | |
| | ) | |
| Plaintiff, | ) | 07 CV 6386 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Ashman |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**NOW COMES** the Plaintiff, Larry Moore, by and through his attorney, John S. Bishof, Jr., of the Law Office of John Bishof, PC, and pursuant to Fed. R. Civ. P. 15(a)(2), moves this Honorable Court for leave to file his first amended complaint. In support thereof, Plaintiffs state as follows:

1.   Plaintiff, Larry Moore, filed his original complaint on November 9, 2007 in which he alleged, inter alia, that his employer discriminated against him by demoting him for conduct that other similarly situated Caucasian employees were not disciplined for under the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, claims he alleged in his EEOC charge 440-2007-03204.

2.   Plaintiff filed his EEOC Charge 440-2007-03204 on February 20, 2007 and received his right-to-sue notice on September 7, 2007, thereby requiring him to file his original complaint by December 6, 2007.

3.   On December 13, 2007, Plaintiff filed an additional EEOC charge (440-2008-01279) against defendant, UP, in which he alleged continuous discrimination because of his race

and retaliation under the Civil Rights Act of 1964.

4. Plaintiff's first amended complaint adds a count for retaliation in violation of Title VII fo the Civil Rights Act of 1964 based on defendant's demotion of plaintiff and replacing plaintiff with a less qualified, non-black employee immediately after he filed EEOC charge 440-2007-03204.

5. Plaintiff received his right-to-sue notice for his retaliation charge (440-2008-01279) on February 12, 2008, and he must file his claim with the United States District Court, Northern District of Illinois, by May 12, 2008.

6. Attached as Exhibit A is a draft of Plaintiffs' First Amended Complaint.

7. Allowing Plaintiff leave to file his first amended complaint will allow an orderly progression of this matter and avoid piecemeal litigation.

**WHEREFORE**, Plaintiff prays that this Honorable Court grants Plaintiff leave to amend his first amended Complaint.

Dated:   3/18/2008                                By:     /s/ John S. Bishof, Jr.
                                                          John S. Bishof, Jr.

                                                  Law Office of John Bishof P.C.
                                                  77 West Washington St., Suite 1910
                                                  Chicago, Illinois 60602
                                                  Phone: 312-630-2048
                                                  FAX:  312-630-2085

                                                  **ATTORNEY FOR PLAINTIFF**

2