IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MOORE | ) | |
| | ) | |
| Plaintiff, | ) | 07 CV 6386 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Ashman |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Carol A. Poplawski
        Ogletree Deakins Nash Smoak & Stewart, P.C.
        20 S. Clark Street, 25th Floor
        Chicago, IL 60603

   Please take notice that on this 18th day of March, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Motion for Leave to File First Amended Complaint,** a copy of which was thereby served upon you.

   Please take further notice that I will appear before the Honorable Judge Norgle or such other Judge or Magistrate Judge sitting in his stead, on the 28th day of March, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

   I, an attorney, certify that I caused to be served a true copy of this notice and **Plaintiff's Motion for Leave to File First Amended Complaint** on Defendant's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on the 18th day of March, 2008.

Dated: March 18, 2008                                    By:   /s/ John S. Bishof, Jr.

                                                                            Law Office of John Bishof P.C.
                                                                            77 West Washington St., Suite 1910
                                                                            Chicago, IL 60602
                                                                            Ph: 312-630-2048, Fax: 312-630-2085