

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MOORE ) | |
| ) | |
| Plaintiff, ) | 07 CV 6386 |
| ) | |
| v. ) | Judge Norgle |
| ) | Magistrate Judge Ashman |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

The above matter coming before the Honorable Judge Norgle upon Plaintiff's motion for leave to file his First Amended Complaint and the defendant being unopposed to said motion:

**IT IS HEREBY ORDERED** that Plaintiff's motion is hereby granted. Plaintiff is granted leave to file his First Amended Complaint instanter and Defendant is granted twenty-eight (28) days to answer or otherwise plead.

BY THE COURT:

Dated: 3/28/2008              *[signature]*