IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MOORE | ) | |
| | ) | |
| Plaintiff, | ) | 07 CV 6386 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Ashman |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Carol A. Poplawski
Ogletree Deakins Nash Smoak & Stewart, P.C.
20 S. Clark Street, 25th Floor
Chicago, IL 60603

Please take notice that on this 8th day of May, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Motion to Strike Defendant's Second and Third Affirmative Defenses,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Norgle or such other Judge or Magistrate Judge sitting in his stead, on the **16th day of May, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I, an attorney, certify that I caused to be served a true copy of this notice and **Plaintiff's Motion to Strike Defendant's Second and Third Affirmative Defenses** on Defendant's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on the 8th day of May, 2008.

By: s/ Jennifer A. Clark

Law Office of John Bishof P.C.
77 West Washington St., Suite 1910
Chicago, IL 60602
Ph: 312-630-2048, Fax: 312-630-2085