Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6386 | DATE | 5/16/2008 |
| CASE TITLE | LARRY MOORE vs. UNION PACIFIC RAILROAD COMPANY | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: EF