

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 07 C 6386 |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | )  Judge Norgle |
| | )  Magistrate Judge Ashman |
| Defendant, | ) |

### AGREED ORDER

The above matter coming upon plaintiff's Motion to Strike Defendant's Second and Third Affirmative Defenses and the parties being in agreement, **IT IS HEREBY ORDERED**:

1) Plaintiff withdraws his Motion to Strike Defendant's Second and Third Affirmative Defenses set on Judge Norgle's motion call on Friday, May 16, 2008 at 10:30 a.m.

2) Based on Plaintiff's representation that he is not asserting any class action claims or claims beyond the two employment actions identified in his First Amended Complaint, Defendant withdraws its second and third affirmative defenses set forth in its Answer to Plaintiff's First Amended Complaint without prejudice.

3) The parties reserve the right to amend any pleadings in accordance with the Federal Rules of Civil Procedure and any order of the Court.

Date: 5/16/08

BY THE COURT: _/s/ Charles Norgle_

Prepared by:
s/Jennifer Clark
Jennifer Clark
Law Office of John Bishof, PC
77 W. Washington St., Suite 1910
Chicago, IL 60602