IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6386 |
| ) | Judge Norgle |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AGREED PROTECTIVE ORDER**

Defendant, UNION PACIFIC RAILROAD COMPANY ("UP") by its attorneys OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., and pursuant to the attached Stipulation for Entry of Agreed Protective Order, hereby moves for the entry of an Agreed Protective Order and states as follows:

1.  During written discovery in this case, Plaintiff sought the production of documents concerning other employees of Defendant. Specifically, Plaintiff has requested personal employment information regarding current or former Union Pacific Railroad employees that is or was maintained by defendant, Union Pacific Railroad Company, including but not limited to, personal files, PeopleSoft files, performance review documents, performance development and review, total performance tracker, wage history, MIP/MAP information, and stock benefit information. These documents contain confidential personal information regarding other employees' work history, discipline, training/skills, address and phone number, leaves, medical exam history, education, and compensation. This information is highly personal and Defendant treats this information confidentially. As a result, this information should not, and need not be disclosed outside this litigation. A protective order with respect to this information

is necessary to ensure that the personal information and privacy of other employees, who are not a party to this litigation, are not compromised.

2. During discovery in this case, Plaintiff also has requested documents relating to complaints or grievances of discrimination, including but not limited to internal complaints and records of discrimination complaints made by or against defendant's employees, maintained by defendant, Union Pacific Railroad Company. As to internal complaints, these are typically made to a hotline Defendant established for employees and employees understand that their calls to the hotline are maintained confidentially. As a result, in order to protect and maintain that confidentiality, Defendant requests that these documents be produced pursuant to a protective order as they too, should not be used outside the scope of this litigation. Moreover, the failure to protect this information could have a chilling effect on employees' usage of the hotline.

3. Defendant's counsel has provided Plaintiff's counsel with the proposed Agreed Protective Order and Plaintiff's counsel has agreed to its terms and the parties have signed the attached Stipulation for Entry of Agreed Protective Order.

WHEREFORE, Defendant requests that the Court enter the Agreed Protective Order, a copy of which will be submitted to the Court pursuant to this court's case management procedure, by emailing the proposed Agreed Protective Order to proposed_order_Norgle@ilnd.uscourts.gov.

                              UNION PACIFIC RAILROAD COMPANY

                              By: /s/ Carol A. Poplawski
                                   One of Its Attorneys

- 3 -

Carol A. Poplawski (#6192132)
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220


Date:  September 11, 2008

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 11th day of September, 2008, she electronically filed the foregoing **DEFENDANT'S MOTION FOR AGREED PROTECTIVE ORDER** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>John S. Bishof, Jr.
>LAW OFFICE OF JOHN BISHOF P.C.
>77 West Washington Street, Suite 1910
>Chicago, IL 60602


/s/ Carol A. Poplawski

6645337.1