IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MOORE, | ) |
| | ) |
| Plaintiff, | ) Case No. 07 C 6386 |
| | ) |
| v. | ) Judge Norgle |
| | ) Magistrate Judge Ashman |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   John S. Bishof, Jr.
      LAW OFFICE OF JOHN BISHOF P.C.
      77 West Washington Street, Suite 1910
      Chicago, IL 60602

PLEASE TAKE NOTICE that on **Friday, September 19, 2008, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Charles R. Norgle, United States District Court Judge, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in his place, and shall then and there present Defendant's Motion for Agreed Protective Order.

                                        ELECTRICAL INSURANCE TRUSTEES

                                        By: /s/ Carol A. Poplawski
                                            One of Its Attorneys

Carol A. Poplawski (#6192132)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220
Date:  September 11, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 11th day of September, 2008, she electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> John S. Bishof, Jr.
> LAW OFFICE OF JOHN BISHOF P.C.
> 77 West Washington Street, Suite 1910
> Chicago, IL 60602

/s/ Carol A. Poplawski

6645447.1